|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SCI TECHNOLOGY, INC.,            )  | Case No.: C 11-0343 PSG |
|                                  )  |                          |
|            Plaintiff,            )  | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
|     v.                           )  |                          |
|                                  )  |                          |
| MIT DISTRIBUTORS, INC.,          )  |                          |
|                                  )  |                          |
|            Defendant.            )  |                          |
| _____  )  |                          |

The parties jointly move to extend the mediation deadline and to continue the initial case management conference. This case has been assigned to a Magistrate Judge. Before the court takes any further action, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 25, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

ORDER, *page 1*

section of the court's website at www.cand.uscourts.gov.

Dated:   February 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge