UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCI TECHNOLOGY, ) | Case No.: C 10-05142 PSG |
| ) | |
| Plaintiff, ) | **AMENDED CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | |
| ) | |
| MIT DISTRIBUTORS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Civil L.R. 6-2, the parties jointly request that the court continue the deadlines set forth in the CMC Order dated March 30, 2011. Based on the parties' Joint Case Management Statement, the discussions held at the case management conference, and the parties' joint request, and the court's strong interest in preserving the previously-scheduled trial date,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

ORDER, *page 1*

IT IS FURTHER ORDERED that the parties shall complete mediation no later than August 26, 2011.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | September 2, 2011 |
| Designation of Opening Experts with Reports | September 16, 2011 |
| Designation of Rebuttal Experts with Reports | September 30, 2011 |
| Expert Discovery Cutoff | October 14, 2011 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on December 13, 2011 |
| Final Pretrial Conference | 2:00 p.m. on January 15, 2012 |
| Trial | 9:30 a.m. on February 1, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated:   June 17, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."