UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SCI TECHNOLOGY, INC., | ) | Case No.: C 10-05142 PSG |
| Plaintiff, | ) ) | **ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | (Docket No. 42) |
| MIT DISTRIBUTORS, INC., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On July 13, 2011, the parties submitted a stipulated protective order. The court finds it more efficient to direct the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from a model form, they should do so by redline. Therefore,

IT IS HEREBY ORDERED that, no later than August 5, 2011, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model

1 | stipulated protective order for standard litigation.

2 |     IT IS SO ORDERED.

3 | Dated: July 27, 2011

                              PAUL S. GREWAL
                              United States Magistrate Judge

ORDER, *page 2*