1
2
3
4
5
6
7
8
9    UNITED STATES DISTRICT COURT
10   NORTHERN DISTRICT OF CALIFORNIA
11   SAN JOSE DIVISION
12

| | |
|---|---|
| SCI TECHNOLOGY, INC., ) | Case No.: C-10-05142 PSG |
| Plaintiff, ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. ) | |
| MIT DISTRIBUTORS, INC., ) | |
| Defendant. ) | |

The court has been informed that the above-captioned action has settled.  The parties shall file a stipulation of dismissal no later than November 18, 2011.  If a stipulation of dismissal is not filed by that date, the parties shall appear on November 22, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

1  Federal Rule of Civil Procedure 41(b).

2      IT IS SO ORDERED.

3

4  Dated:   November 2, 2011

                                         PAUL S. GREWAL
5                                           United States Magistrate Judge