1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
   Jing H. Cherng (Cal. Bar. No. 265017)
2  Mount, Spelman & Fingerman, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA 95110-2740
   Phone:  (408) 279-7000
5  Fax:  (408) 998-1473
   Email:  dmount@mount.com,
6          gcherng@mount.com

   DYKEMA GOSSETT LLP
   MICHAEL P. WIPPLER, SBN: 155646
   CRAIG N. HENTCHEL, SBN: 066178
   S. CHRISTOPHER WINTER, SBN: 190474
   333 South Grand Avenue, Suite 2100
   Los Angeles, California, 90071
   Telephone: (213) 457-1800
   Facsimile:  (213) 457-1859

   Counsel for Plaintiff SCI Technology, Inc.

7  Michael D. Michel, Esq. (SBN 063121)
8  Jeff M. Fackler, Esq. (SBN 142101)
   Bryan B. Barnhart, Esq. (SBN 222693)
9  MICHEL & FACKLER
   A Professional Corporation
10 2175 North California Boulevard, Suite 550
   Walnut Creek, California 94596
11 Telephone:  (925) 933-7309
12 Facsimile:  (925) 933-7310
   E-mail:  mandflaw@sbcglobal.net
13
14 Counsel for MIT Distributors, Inc.

U.S. District Court
Northern District of California, San Jose Division

| | |
|---|---|
| SCI Technology Inc.<br><br>        Plaintiff<br><br>vs.<br><br>MIT Distributors Inc.<br><br>        Defendant<br><br>vs.<br><br>CMB Components Inc., Globalwide Electronics Group LLC,<br><br>        Third Party Defendants | Case No. 5:10-cv-05142-PSG<br><br>**[Proposed] Order Granting Stipulated Dismissal** |

Now before the Court is the Parties' stipulated dismissal of this case pursuant to their confidential settlement agreement. Per the stipulation, and good cause showing, the Court orders that:

1. SCI's claims against MIT are dismissed WITH PREJUDICE.

2. MIT's counterclaims against SCI are dismissed WITH PREJUDICE.

3. MIT's third party claims against CMB Components, Inc., and Globalwide Electronics Group, LLC are dismissed WITHOUT PREJUDICE.

4. Each Party will bear its own fees and costs.

5. This Court retains jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED.

Dated: Nov. 4, 2011

Hon. Paul S. Grewal
United States Magistrate Judge